**DICK SMITH FORD, INC., Plaintiff,**

**System One Rent A Car, Inc.,**
**et al., Appellant,**

v.

**Jonni PANNELL, Respondent.**

No. WD 51222.

Missouri Court of Appeals,
Western District.

Dec. 5, 1995.

Jeffrey R. Lang, Kansas City, for appellant.

Ronald McClary, Kansas City, for respondent.

Before FENNER, C.J., P.J., and ULRICH and SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from the trial court's denial of appellant's motion for summary judgment and the sustaining of respondent's motion for summary judgment after joint motions for summary judgment.

Judgment affirmed. **Rule 84.16(b).**